# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0012. CRYSTAL FOFANA v. SOULEYMANE FOFANA.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant shall file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

The Motion to Strike filed by the Applicant is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/14/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*